UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:05CR391-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (5) WILLIE JAMES ASHFORD, ) <br> ) <br> Defendant. ) <br> ) | **FINAL ORDER AND JUDGMENT CONFIRMING FORFEITURE** |

On July 5, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Count One in the Bill of Indictment. As to that Count, Defendant was convicted of conspiracy to possess with intent to distribute and to distribute, one or more controlled substances, that is, cocaine and cocaine base, commonly know as crack cocaine, Schedule II controlled substance in violation of 21 U.S.C. § 841(a)(1).

On May 2, 2009 through May 31, 2009, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from May 2, 2009 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**Approximately $26,623.00 in United States currency seized on or about June 10, 2005.**

Signed: July 2, 2009

Frank D. Whitney
United States District Judge